IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01276-BNB

JAMES TEMPLETON,
DAVID COWDEN,
ROBERT GALLOB,
FRANK POWELL,
DAVID ALLEN,
ROBERT C. ROWE,
SHANNON SMITH,

      Plaintiffs,

v.

PETER ANDERSON,
BRIAN BRADEN,
JEFF SMITH,
JAMES CHANEY,
DOCTOR TIMOTHY CREANY,
JAN SYLVIA,
STEVEN GALLEGOS,
LANCE JOHNSON,
CARL WOJCIECHOWSKI,
CHERI DRENNON,
STEPHEN ENGLE,
THOMAS MARTIN,
UNKNOWN JANE/JON DOES 1-10,

      Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR

8.2D.

Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED July 13, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge