IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01276-RBJ-BNB

JAMES TEMPLETON,
DAVID ALLEN,
DAVID COWDEN,
ROBERT GALLOB, and

Plaintiffs,

v.

PETER ANDERSON,
JEFF SMITH,
JAMES CHANEY,
TIMOTHY CREANY,
JAN SYLVIA,
STEVEN GALLEGOS,
CHERI DRENNON,
STEPHEN ENGLE, and
THOMAS MARTIN,

Defendants.

_____

**ORDER**
_____

This matter arises on the following motions:

(1) **Plaintiffs Motion for an Order Compelling Discovery** [Doc. #130, filed 10/21/2013];

(2) **Plaintiffs Motion and Request for Admissions Set One** [Doc. #131, filed 10/21/2013];

(3) **Plaintiffs Brief in Support of Motion to Compel Discovery** [Doc. #133, filed 10/22/2013];

 (4) **Plaintiffs Motion and Request for Admissions Set One** [Doc. #134, filed 10/24/2013];

 (5) **Plaintiffs Motion for an Order Compelling Discovery** [Doc. #135, filed 10/24/2013];

 (6) **Plaintiffs Brief in Support of Motion to Compel Discovery** [Doc. #138, filed 10/30/2013];

 (7) **Plaintiffs Motion to Clarify Magistrate's Order and Amend the Scheduling Order** [Doc. #144, filed 11/27/2013]; and

 (8) **Declaration Under Penalty of Perjury Plaintiffs Motion to Clarify Magistrate's Order and Amend the Scheduling Order** [Doc. #146, filed 12/02/2013].

The four plaintiffs are proceeding *pro se*. Plaintiffs Templeton and Cowden are incarcerated at the Fremont Correctional Facility ("FCF"). Plaintiffs Allen and Gallob have been released from FCF and are currently residing in Colorado.

The plaintiffs have filed three separate motions. None of the motions are signed by all four plaintiffs. Rule 11, Fed.R.Civ.P., requires that every paper be signed by a party personally if the party is unrepresented. "The responsibility for signing a pleading, motion, or other document shall not be delegated." D.C.COLO.LCivR. 11.1.

Document #130 is a motion to compel that is not signed by any of the plaintiffs. Document #133 is a brief in support of the motion to compel and is signed by plaintiffs Templeton and Cowden. Docs. ## 135 and 138 are an identical motion to compel and brief in support, respectively, and are signed by plaintiff Allen. The record does not contain a copy of the motion to compel signed by plaintiff Gallob.

Documents ##131 and 134 are titled as "Plaintiffs Motion and a Request for Admissions." However, they do not contain a motion. They are identical Requests for Admissions. The plaintiffs may not file discovery materials with the court. Fed.R.Civ.P. 5(d). Therefore, these materials are stricken.[1]

Document #144 is a motion to clarify and a motion to amend the Scheduling Order. It is signed by plaintiffs Templeton and Cowden. Document #146 is a copy of the signature page, and is signed by plaintiff Gallob. The record does not contain a copy of the motion signed by plaintiff Allen.

IT IS ORDERED:

(1)   Documents ## 130, 133, 135, 138, 144, and 146 are DENIED; and

(2)   Documents ## 131 and 134 are STRICKEN.

Dated December 6, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] Moreover, I note that document #131 is signed by plaintiffs Templeton and Cowden, and document #134 is signed only by plaintiff Allen. The Request for Admission is not signed by plaintiff Gallob.